EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 9 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,   )<br>  )<br>     vs.                    )<br>  )<br> ALAN KAZUO NOHARA,         )<br>  )<br>            Defendant.      )<br>_____) | CR. NO. CR 05-00100 DAE<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 841(a)(1);<br> 841(b)(1)(A) & (b)(1)(B)] |

INDICTMENT

Count 1

The Grand Jury charges:

On January 18, 2005, in the District of Hawaii, ALAN KAZUO NOHARA, the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### Count 2

The Grand Jury further charges:

On January 31, 2005, in the District of Hawaii, ALAN KAZUO NOHARA, the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### Count 3

The Grand Jury further charges:

On February 9, 2005, in the District of Hawaii, ALAN KAZUO NOHARA, the defendant, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

//
//
//
//

Count 4

The Grand Jury further charges:

On February 22, 2005, in the District of Hawaii, ALAN KAZUO NOHARA, the defendant, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

Count 5

The Grand Jury further charges:

On February 22, 2005, in the District of Hawaii, ALAN KAZUO NOHARA, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

//
//
//
//
//
//
//
//

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

DATED: March 9th, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
KENNETH M. SORENSON
Assistant U.S. Attorney